```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

TRAVIS L. KITCHEN,            :
                              :
        Plaintiff             :   CIVIL No. 1:14-CV-00315
                              :
    vs.                       :   Hon. John E. Jones III
                              :
CAROLYN W. COLVIN, ACTING     :
COMMISSIONER OF SOCIAL        :
SECURITY,                     :
                              :
        Defendant             :

## ORDER

May 18, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Travis L. Kitchen and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Travis L. Kitchen supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to award benefits starting on September 9, 2007, instead of October 1, 2009, if Kitchen was financially eligible.

3. The Clerk of Court shall close this case.

                              s/ John E. Jones III
                              John E. Jones III
                              United States District Judge